# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3678

_____

Sherille Harris,                  *
                                   *

         Appellant,        *
                                   *    Appeal from the United States
     v.                         *    District Court for the
                                   *    Eastern District of Missouri.

United States Postal Service; John E.    *
Potter,                         *    [UNPUBLISHED]
                                   *

         Appellees.        *

_____

Submitted: February 7, 2006
Filed: February 13, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Sherille Harris, an African-American female, appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action against the United States Postal Service brought under Title VII. Having carefully reviewed the record, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803-04 (8th Cir. 2004) (de novo standard of review), we agree with the district court that Harris's allegations were either time-barred or meritless, for the reasons explained in the district court's

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

opinion. We also decline to consider Harris's newly raised allegations on appeal. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____